In Re: Condemnation by the Redevelopment Authority of Luzerne County, Pa. Forty Fort Veterans of Foreign Wars Memorial Post No. 8595, Home Association. The Redevelopment Authority of Luzerne County, Pennsylvania, Appellant.

Argued April 2, 1979, before Judges WILKINSON, JR., BLATT and DiSALLE, sitting as a panel of three.

(Judge WILKINSON, JR., dissenting in part and concurring in part).

*Jerry B. Chariton,* for appellant.

*Gifford Cappellini,* for appellee.

OPINION BY JUDGE DISALLE, September 24, 1979:

This is an appeal from an order of the Court of Common Pleas of Luzerne County in an eminent domain case involving the taking of premises owned by Forty Fort VFW Post No. 8595 Home Association (Association), and located at 1272 Wyoming Avenue in the Borough of Forty Fort. The lower court awarded the Association $6,825.70 in dislocation damages and $500.00 for actual reasonable expenses incurred in searching for a replacement business. We affirm on the basis of the able opinion of Judge PODCASY, dated March 7, 1978, which can be found at No. 6297 of 1975, of the Court of Common Pleas of Luzerne County.

ORDER

AND Now, this 24th day of September, 1979, the order of the Court of Common Pleas of Luzerne County, dated March 7, 1978, is hereby affirmed.

---

CONCURRING AND DISSENTING OPINION BY JUDGE WILKINSON, JR.:

I must respectfully dissent from that part of the majority's decision that awards $500 for "actual rea-

sonable expenses incurred in searching for a replacement business.'' It is perfectly clear to me that the condemnee did not incur any expenses for there was no agreement to pay. The work performed was the normal work of a president. I cannot agree with Judge PODCASY's opinion, adopted by the majority, that there does not need to be an agreement to pay these ''expenses'' by the condemnee since the payment is made by the condemnor! Obviously, it is paid by the condemnor but only if incurred by the condemnee. The opinion does not discuss how a condemnee can be ''reimbursed'' for an expense it never paid nor had any obligation to pay.